United States District Court

Eastern District of California

United States of America,

       Respondent,   No. CR. S-00-0340 LKK PAN P

  vs.   Order

Armando Bejines Cortez,

       Movant.

-oOo-

    January 5, 2006, movant requested an extension of time to demonstrate he is entitled to equitable tolling.  Good cause appearing, movant's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 12, 2006.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge