1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT
7                     FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9  | UNITED STATES OF AMERICA,        )  Case No.: CR S00-0340 LKK PAN
                                      )
10 |        Respondent,                )
                                      )  ORDER.
11 |    vs.                            )
                                      )
12 | ARMANDO BEJINES CORTEZ,          )
                                      )
13 |        Petitioner.                )
                                      )
14 |                                   )

15
16 **GOOD CAUSE HAVING BEEN FOUND, IT IS HEREBY ORDERED THAT:**

17      Lorilee M. Gates is hereby relieved as counsel of record in this matter.

18
   Dated:  February 1, 2006.
19
20
21                                                 _____
22                                                 /s/ Peter A. Nowinski
                                                   _____
23                                                 PETER A. NOWINSKI
                                                   Magistrate Judge
24
25
26
27
28

                                         1

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 4181 Sunswept Drive, Suite 100, Studio City, California, 91604.

On January 31, 2006, I caused the foregoing ORDER to be served on:

>Ken Milikian
>Assistant U.S. Attorney
>United States Attorney's Office
>Eastern District of California
>Sacramento CA
>ken.melikian@usdoj.gov

[     ] **BY FEDERAL EXPRESS/PRIORITY OVERNIGHT**: On __, 2004, I caused an envelope containing the foregoing documents to be delivered by FEDEX on __, 2004, the next business day following this date..

[ XXX ] **BY U.S. MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[_____] **PERSONAL SERVICE:** On _____, 2004, I personally hand-served the foregoing documents on the party and at the address indicated above.

[     ] **[STATE]**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ XXX] **[FEDERAL]**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 31, 2006, at Woodland Hills, California.

                                /s/ *Lorilee M. Gates*

PDF created with pdfFactory trial version www.pdffactory.com